**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: May 31, 2023**

John E. Hoffman, Jr.
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 23-51503 |
| | ) | |
| 614 MINISTRIES INC, | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Hoffman |
| | ) | |

**ORDER GRANTING THE UNITED STATES TRUSTEE'S
MOTION TO DISMISS [Docket No. 9] AND DISMISSING CHAPTER 11 CASE**

This matter came on for consideration upon the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b) and Local Bankruptcy Rules 1074-1(a) and 9011-2(b) filed on May 4, 2023 [Docket No. 9]. The Debtor and all parties in interest were served with the Motion and Notice of the Motion [Docket Nos. 9 and 10]. The Court's record reflects that no response or objection to the subject Motion was timely filed with the Court. As such, this Court finds the United States Trustee's Motion well taken.

Good cause appearing, therefore:

**IT IS HEREBY ORDERED** that the United States Trustee's Motion to Dismiss be and it is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that this case be and it is hereby **DISMISSED** under 11 U.S.C. § 1112(b).

**IT IS SO ORDERED.**

APPROVED AS TO FORM AND CONTENT, AND SUBMITTED BY:

/s/ Matthew J. McDonald III
Matthew J. McDonald III (0095485)
Attorney for the United States Trustee
170 North High Street, Suite 200
Columbus, OH 43215
Telephone:   (614) 469-7411
Facsimile:   (614) 469-7448
E-mail:   Matthew.J.McDonald@usdoj.gov


Copies to:   All creditors and parties in interest